120 P.3d 1127

# SUPREME COURT OF HAWAIʻI

**October 7, 2005**

| 26104 | Christopher v. AIG Hawaii Ins. Co. | Affirmed |

**October 12, 2005**

| 25110 | First Hawaiian Bank v. Radomile; Park v. Radomile | Affirmed |

**October 18, 2005**

| 26164 | State v. Davis | Affirmed |